**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TIMOTHY RADCLIFF and TRACI RADCLIFF,**

        **Petitioners,**

Case No: 6:22-cv-1780-CEM-DCI

**ORDER APPROVING LETTER OF UNDERTAKING, RESTRAINING PROSECUTION OF CLAIMS, AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS**

      **THIS CAUSE** having come before the Court on Petitioners' Motion for Entry of Order Approving Letter of Undertaking, Restraining Prosecution of Claims and Issuance of Notice to Claimants. Doc. 3 (the Motion). The Motion is **GRANTED in part** as follows:

      A Complaint having been filed herein on the 13th day of September, 2022 by Petitioners, as the owners of the 2020, 41' SeaHunter motor vessel Bearing Hull Identification number CQL41606I920 (hereinafter "vessel") for Exoneration From and or Limitation of Liability as provided in 46 U.S.C. §30501 et seq., as amended, and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for all losses, damages, injuries, deaths, or destruction allegedly resulting from the incident referred to in the Complaint on or about May 4, 2021. Doc. 1.

      And Petitioners having filed a Letter of Undertaking issued by its insurer Privilege Underwriters Reciprocal Exchange (hereinafter "PURE") securing the claims of potential claimants for no less than or equal to the amount or value of Petitioners' interest in the vessel and pending freight, if any, as required by the rules of this Court and by the law:

      **IT IS ORDERED AND ADJUDGED** that the filed Letter of Undertaking executed on the 2nd day of September, 2022 by PURE for the value of Petitioners' interest in the vessel and

pending freight, if any, in the principal amount of $650,000 with interest thereon at the rate of 6% per annum from date hereof be approved as to form, quantum, and surety.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioners and any Claimant who may properly become a party hereto may contest the amount of value of Petitioners' interest in the vessel and pending freight, if any, as fixed in said Letter of Undertaking, and may move the Court for the due appraisal of said interest and may apply to have the amount of said Letter of Undertaking be increased or decreased, as the case may be, upon the determination by the Court of the amount or value of said interest or to carry out the provisions of 46 U.S.C. § 30506 for personal injuries or death.

**IT IS FURTHER ORDERED AND ADJUDGED** that the notice attached to Petitioners' Motion shall be issued by the Clerk of this Court advising and admonishing all persons asserting claims for any and all losses, damages, injuries, death, or destruction allegedly as a result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk, United States District Court for the Middle District of Florida, Orlando Division, 401 West Central Boulevard, Orlando Florida 32801 **on or before February 8, 2023**,[1] and serve on Petitioners' attorney, Richard D. Rusak, Esq. of the law firm of Cole, Scott & Kissane, P.A. at his principal office located at 9150 South Dadeland Blvd., Suite 1400, Miami, Florida 33156, a copy thereof, or be defaulted and if any claimant desires to contest Petitioners' right to exoneration from or limitation of liability, Claimant shall file and serve on Petitioners' attorney an answer to the Complaint, on or before said date, unless his claim has included an answer to the Complaint so designated, or be defaulted.

---

[1] The notice, attached at Doc. 3-3, shall be modified to reflect February 8, 2023, as the date to file claims.

**IT IS FURTHER ORDERED AND ADJUDGED** that publication of the aforesaid notice in the form required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be published in an approved newspaper,[2] once a week for four successive weeks prior to the date fixed for the filing of claims in accordance with Supplemental Rule F.

**IT IS FURTHER ORDERED AND ADJUDGED** that the commencement or further prosecution of any action or proceeding against Petitioners, the vessel, or any other property of Petitioners with respect to any claims for which Petitioners seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, and the same is hereby restrained, stayed, and enjoined until the hearing and determination of this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that service of this Order as a restraining order may be made by mailing a conformed copy of it to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioners, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Petitioners or the vessel arising out of the incident more fully described in the Complaint.

**IT IS FINALLY ORDERED AND ADJUDGED** that based on the foregoing, the Motion (Doc. 3) is **GRANTED in part** as set forth herein.

---

[2] "An approved newspaper is a newspaper of general circulation. The newspaper of largest circulation in a county is presumed to be a newspaper of general circulation in that county." Middle District of Florida Admiralty and Maritime Practice Manual 1(e), No. 8:20-mc-100-SDM at 4.

- 4 -

**DONE AND ORDERED** in Orlando, Florida on December 12, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties